State of Connecticut v. Yvonne Stanley

The motion by the defendant for a waiver of fees and security in her appeal from the Appellate Division of the Circuit Court is dismissed. See *State* v. *Hudson,* 154 Conn. 631, 636, 228 A.2d 132.

*Joseph D. Harbaugh,* chief public defender, in support of the motion.

Submitted December 22, 1967—decided January 30, 1968

State of Connecticut v. Rodger B. Berry

The motion by the defendant to dismiss the appeal from the Superior Court in New Haven County is denied.

*Jacob D. Zeldes,* with whom was *L. Douglas Shrader,* for the appellee (defendant).

*David B. Salzman,* assistant state's attorney, for the appellant (state).

Argued February 6—decided February 6, 1968

Charles E. Miller v. Frederick G. Reincke, Warden, Connecticut State Prison

The motion by the defendant to dismiss the appeal from the Superior Court in Hartford County is granted unless the plaintiff files his brief on or before March 15, 1968.

*Walter M. Pickett,* assistant state's attorney, for the appellee (defendant).

*Arnold H. Klau,* special public defender, for the appellant (plaintiff).

Argued February 6—decided February 6, 1968